■ In the Matter of MARTIN E. GOTKIN, a Disbarred Attorney. Concur—Murphy, P. J., Carro, Kupferman, Ross and Smith, JJ.